**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**CARLTON WATSON**                                              **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.  2:12CV00134-JMV**

**ALL-STAR CHEVROLET, INC., ET AL.**                       **DEFENDANTS**

<u>**ORDER**</u>

On September 27, 2012, Defendants filed a Motion to Dismiss [13] combining various defenses, including lack of subject matter jurisdiction.  Pursuant to L. U. Civ. R. 16(b)(3)(B), [f]iling . . . a jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion . . . ."

**THEREFORE, IT IS ORDERED** that all proceedings not related to the jurisdictional issue are hereby **STAYED** pending a ruling on Defendants' motion to dismiss.  Plaintiff shall submit a proposed order lifting the stay within 7 days of any ruling denying the motion to dismiss.

This 28th day of September, 2012.

/s/Jane M. Virden                                    
UNITED STATES MAGISTRATE JUDGE